Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
DARLENE DENISE RODGERS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE DENISE RODGERS | Case No.: 1:16-cv-00544-BAM |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S OPENING BRIEF |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Darlene Denise Rodgers and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 14 days from November 28, 2016 to December 12, 2016 for Plaintiff to file a Plaintiff's Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. Specifically, Defendant's response shall be due on or before January 11, 2017.  Plaintiff's reply shall be due on or before January 26, 2017.

This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: November 28, 2016                Respectfully submitted,

                      LAWRENCE D. ROHLFING

                            /s/ *Cyrus Safa*
                  BY: _____
                      Cyrus Safa
                      Attorney for plaintiff Ms. Darlene Denise Rodgers

DATE:  November 28, 2016


                      PHILLIP A. TALBET
                      *United States Attorney*
                      JEFFREY J. LODGE
                      *Assistant United States Attorney*


                            /s/ *Sundeep Patel*
                  BY: _____
                      Sundeep Patel
                      Special Assistant United States Attorney
                      Attorneys for Defendant Carolyn W. Colvin
                      |*authorized by e-mail|

## **ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time to December 12, 2016, to file an Opening Brief.  Defendant's response to Plaintiff's Opening Brief shall be due on or before January 11, 2017, and Plaintiff's reply, if any, shall be due on or before January 26, 2017.

IT IS SO ORDERED.

   Dated:   **November 29, 2016**              /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE