Cyrus Safa
Attorney at Law: 282971
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Darlene Denise Rodgers

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE DENISE RODGERS, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 1:16-cv-00544-BAM <br><br> STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE BARBARA A. MCAULIFFE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that Darlene Denise Rodgers be awarded attorney fees in the amount of three thousand four hundred dollars and eight cents ($3,400.08) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

1    After the Court issues an order for EAJA fees to Darlene Denise Rodgers,

2    the government will consider the matter of Darlene Denise Rodgers's assignment

3    of EAJA fees to Cyrus Safa.  The retainer agreement containing the assignment is

4    attached as exhibit 1.  Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010),

5    the ability to honor the assignment will depend on whether the fees are subject to

6    any offset allowed under the United States Department of the Treasury's Offset

7    Program.  After the order for EAJA fees is entered, the government will determine

8    whether they are subject to any offset.

9    Fees shall be made payable to Darlene Denise Rodgers, but if the

10   Department of the Treasury determines that Darlene Denise Rodgers does not owe

11   a federal debt, then the government shall cause the payment of fees, expenses and

12   costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the

13   assignment executed by Darlene Denise Rodgers.[1]  Any payments made shall be

14   delivered to Cyrus Safa.

15   This stipulation constitutes a compromise settlement of Darlene Denise

16   Rodgers's request for EAJA attorney fees, and does not constitute an admission of

17   liability on the part of Defendant under the EAJA or otherwise.  Payment of the

18   agreed amount shall constitute a complete release from, and bar to, any and all

19   claims that Darlene Denise Rodgers and/or Cyrus Safa including Law Offices of

20   Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with

21   this action.

22

23

24   _____

25   [1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien
     under federal law against the recovery of EAJA fees that survives the Treasury

26   Offset Program.

This award is without prejudice to the rights of Cyrus Safa and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: November 17, 2017     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY:_____

Cyrus Safa
Attorney for plaintiff Darlene Denise Rodgers

DATE: November 17, 2017     PHILLIP A. TALBERT
United States Attorney

/s/ *Sundeep Patel*

_____

SUNDEEP PATEL
Special Assistant United States Attorney
Attorneys for Defendant NANCY A.
BERRYHILL, Acting Commissioner of Social
Security (Per e-mail authorization)

## ORDER

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act and Costs filed on November 20, 2017 ("Stipulation"), IT IS HEREBY ORDERED that fees in the amount of three thousand four hundred dollars and eight cents ($3,400.08) as authorized by 28 U.S.C. § 2412(d) be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **November 20, 2017**          /s/ *Barbara A. McAuliffe*

UNITED STATES MAGISTRATE JUDGE